Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 123873

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Alvarado,<br><br>Plaintiff,<br><br>-against-<br><br>Latido Mitu Holdings, LLC,<br><br>Defendant. | **Case No. 2:22-cv-00602-SVW-MRW**<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Stephen Victor Wilson and Michael R. Wilner<br>Complaint Filed: January 27, 2022 |

**PLEASE TAKE NOTICE** that Jose Alvarado ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: May 18, 2022

Case No. 2:22-cv-00602-SVW-MRW

NOTICE OF SETTLEMENT

| | |
|---|---|
| 1 | **SANDERS LAW GROUP** |
| 2 | By: _/s/ Craig B. Sanders_ |
| 3 | Craig B. Sanders, Esq.<br>100 Garden City Plaza, Suite 500 |
| 4 | Garden City, NY 11530<br>Tel: (516) 203-7600 |
| 5 | Email: csanders@sanderslaw.group<br>File No.: 123873 |
| 6 | *Attorneys for Plaintiff* |

Case No. 2:22-cv-00602-SVW-MRW

NOTICE OF SETTLEMENT