Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 123873
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Alvarado,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Latido Mitu Holdings, LLC,<br><br>　　　　　Defendant. | **Case No. 2:22-cv-00602-SVW-MRW**<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Stephen Victor Wilson<br>Magistrate Judge: Michael R. Wilner<br>Complaint Filed: January 27, 2022 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed *with prejudice* with each side to bear its own attorney's fees and costs.

//
//
//
//
//
SO STIPULATED

DATED: May 20, 2022

**SANDERS LAW GROUP**

By: /s/ Craig B. Sanders
Craig B. Sanders, Esq.
*Attorneys for Plaintiff*

**Beverly Hills Law Corp PC**

By: */s Sagar Parikh*
Sagar Parikh, Esq.
*Attorneys for Defendant*

    The filer of the foregoing and hereby certifies that, pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document is acceptable to all persons required to sign the document, and that I have obtained authorization to file this document with all "s/" electronic signatures appearing within the foregoing document.

Dated: May 20, 2022

*/s/ Craig B. Sanders*
Craig B. Sanders, Esq.