JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Alvarado, <br><br> Plaintiff, <br><br> v. <br><br> Latido Mitu Holdings, LLC, <br><br> Defendant. | Case No. 2:22-cv-00602-SVW-MRW <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Jose Alvarado and Defendant Latido Mitu Holdings, LLC, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: May 26, 2022

_/s/ Stephen V. Wilson_
Stephen V. Wilson
U.S. District Judge

Case No. 2:22-cv-00602-SVW-MRW
ORDER OF DISMISSAL